AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| Cato Institute | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   22-cv-1940 |
| US Department of Homeland Security | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Cato Institute                                                                                      .

Date:     07/05/2022

/s/ Matthew V. Topic
*Attorney's signature*

Matthew V. Topic, Bar No. IL0037
*Printed name and bar number*

Loevy & Loevy
311 N Aberdeen St, 3rd Fl
Chicago, IL 60607

*Address*

matt@loevy.com
*E-mail address*

(312) 243-5900
*Telephone number*

(312) 243-5902
*FAX number*