AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Cato Institute ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 22-cv-1940 |
| US Department of Homeland Security ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Cato Institute.

Date: 07/05/2022

/s/ Josh Loevy
*Attorney's signature*

Josh Loevy, Bar No. IL0105
*Printed name and bar number*

Loevy & Loevy
311 N Aberdeen St, 3rd Fl
Chicago, IL 60607
*Address*

joshl@loevy.com
*E-mail address*

(312) 243-5900
*Telephone number*

(312) 243-5902
*FAX number*