UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATO INSTITUTE,<br><br>   Plaintiff,<br><br>  v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY,<br><br>   Defendant. | Civ. A. No. 22-1940 (TJK) |

**NOTICE OF APPEARANCE**

 The Clerk of the Court will please enter the appearance of Assistant United States Attorney Daniel Patrick Schaefer as counsel of record for Defendant in the above-captioned case.

Dated: September 2, 2022    Respectfully submitted,

              /s/ Daniel P. Schaefer
            DANIEL P. SCHAEFER, D.C. Bar #996871
            Assistant United States Attorney
            601 D Street, NW
            Washington, D.C. 20530
            (202) 252-2531
            Daniel.Schaefer@usdoj.gov

            *Counsel for Defendant*